THE HON. JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON SEDESA,<br><br>                          Plaintiff,<br><br>vs.<br><br>LIBERTY INSURANCE CORPORATION, a Foreign Company,<br><br>                          Defendant. | No. 2:22-cv-00936 JHC<br><br>FRCP 41 STIPULATION AND ORDER OF DISMISSAL<br><br>**(CLERK'S ACTION REQUIRED)** |

## **STIPULATION**

Pursuant to FRCP 41, the parties hereby stipulate that all claims of Plaintiff Solomon Sedesa in this action shall be dismissed without prejudice and without an award of fees or costs.

DATED this 26th day of August, 2022          DATED this 29th day of August, 2022

BUCKLEY & ASSOCIATES, PS, INC          WILSON SMITH COCHRAN DICKERSON

*s/ Ronald L Unger*          *s/ Brian J. Hansford*
Ronald Unger, WSBA #16875          John M. Silk, WSBA #15035
675 S. Lane St., Ste. 300          Brian J. Hansford, WSBA #47380
Seattle, WA 98104          1000 Second Avenue, Suite 2050
*Attorney for Plaintiff*          Seattle, WA 98104
          *Attorneys for Defendant*

FRCP 41 STIPULATION
AND ORDER OF DISMISSAL
PAGE 1



1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

**ORDER OF DISMISSAL**

Based on the above stipulation, it is hereby ordered that all claims of Plaintiff Solomon Sedesa are dismissed without prejudice and without an award of fees or costs.

DATED this 29th day of August, 2022.

_____
HON. JOHN H. CHUN
United States District Judge

Presented by:

BUCKLEY & ASSOCIATES, PS, INC

*s/ Ronald L Unger*
Ronald Unger, WSBA #16875
675 S. Lane St., Ste. 300
Seattle, WA 98104
*Attorney for Plaintiff*

WILSON SMITH COCHRAN DICKERSON

*s/ Brian J. Hansford*
John M. Silk, WSBA #15035
Brian J. Hansford, WSBA #47380
1000 Second Avenue, Suite 2050
Seattle, WA 98104
*Attorneys for Defendant*

FRCP 41 STIPULATION
AND ORDER OF DISMISSAL
PAGE 2



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273